UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:10CR00100-1 |
| v. | ) | JUDGE WILLIAM J. HAYNES, JR. |
| | ) | |
| JERRY ADAMS | ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

Pursuant to 21 U.S.C. § 853, the United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney moves for the entry of a Final Order of Forfeiture as to the following property:

(1) A 1996 Prevost Tour Bus, model 2PC, red and black in color, bearing license tag number J50I845 and VIN 2PCE33495T1025718; and

(2) A 1972 Eagle Tour Bus, model unknown, black and silver in color, bearing license tag number J320880 and VIN 8605.

hereinafter referred to collectively as "Subject Property," forfeiting to the United States of America the Subject Property with no right, title and interest existing in any other party, and to be disposed of according to law.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith.

A proposed Final Order of Forfeiture is attached for the court's convenience.